

CJ-18-7063
pemberton

# The District Court of Oklahoma County

## State of Oklahoma

DISTRICT COURT
OKLAHOMA COUNTY

DEC 21 2018

RICK WARREN
COURT CLERK

59_____

Charles M Conner III           Case No. **CJ- 2018 -7063**

Plaintiff

Vs

The State of Oklahoma, Oklahoma State Bureau of Investigation, Oklahoma Bureau of Narcotics, Oklahoma State Attorney General's office, Jack Wallace Coppedge, District Attorney, Craig Ladd, Assistant DA Aaron Tabor, Oklahoma District 20 Court Clerk Wanda Pearce, Marshall County Oklahoma, Marshall County Sheriff's Department Oklahoma, Marshall County Oklahoma Board of Commissioners, Danny Cryer, The City of Kingston Oklahoma, The Kingston Police Department Oklahoma.

Defendants

## COMPLAINT

To the Defendants: The reason for the filing of this lawsuit comes from several factors. Law enforcement bribed and enticed as well as used the threat of duress of prosecution to force Stephanie Ann Conner to leave her husband the Plaintiff, instructed her to lie, to frame the Plaintiff and even conspired to murder the Plaintiff. Destroying their 13 year relationship. They the Marshall County Sheriff's Department via Latasha Broadhead who on several other occasions never turned in the police reports the Plaintiff submitted to the DA and at times falsified, destroyed or omitted evidence in the reports. The Plaintiff even swore under penalties of perjury to these crimes that were committed by Deputy Latasha Broadhead before Judge Gregory Johnson. Law enforcement falsified police reports and specifically Latasha Broadhead and Teri Abshire However all levels of law enforcement City, County and State and Federal were directly involved in Covert Organized Stalking and harassment involving individuals in the community which they on several occasions falsified charges and were caught. Law enforcement

**Exhibit 2**

involved are accused of conspiracy to commit murder, attempted murder, felony stalking, Torture and conspiracy to torture, by directly participating by refusing to investigate the crimes reported and conspired to deprive Charles Conner the Plaintiff and others of their Constitutional, civil and human rights. Deprivation of constitutional, civil and human rights. Failure to perform the duties of a law enforcement officer or agency for the purposes of Committing of RICO crimes and participation in domestic terrorism to slander, silence, falsely incarcerate, to fraudulently attempt to make the Plaintiff appear mentally unstable or to murder the Plaintiff to cover up public corruption and crimes committed by law enforcement. Basically participating in InfraGard fraud as well as fraud through fusion centers or modern day COINTELPRO domestic terrorism tactics and public corruption. Though federal agencies were also involved they are being sued separately for the same crimes as well as higher charges of domestic terrorism and Treason. Undersheriff Ed Kent stated to both the Plaintiff and his Mother that they were not safe in the county if we went anywhere other than straight to our property and didn't go anywhere else. Kingston police officer Teri Abshire/ Temple when asked why the plaintiff was meant to be murdered she told the plaintiff he would not understand. Sheriff Danny Cryer tried to persuade a witness not to testify that had just given a report to the FBI, Cryer stating that the Plaintiff had mental illness. Cryer is a liar and slandered the Plaintiff. The Board of commissioners were informed and they took no action. The District Attorney Aaron Tabor and Craig Ladd were informed and took no action. The Governor's Office and State Attorney General Mike Hunter was informed and they took no action even refused to request higher law enforcement to investigate. When the Plaintiff received 3 different death threats two from unknown callers and one that came back to a cellphone belonging to a community action agency and all levels of law enforcement refused to investigate. Senator Josh Brecheen requested the OSBI to investigate and when Special Agent Steve Tanner of OSBI was questioned he stated even if the Governor requested an investigation there would not be an investigation regardless. Tanner has repeatedly blocked attempts to speak with the director of OSBI And Tanner once even threatened the Plaintiff with arrest for harassment, the Plaintiff has only called @ 6 times since June 2017 and specifically to report criminal activities However- Obviously because of the agency's and Tanners direct involvement and participation constitutes RICO crimes therefore Tanner intends not to open and investigation against himself and others within the agencies responsible. After 7 trips to FBI headquarters in Oklahoma City they too refused to investigate but they too were directly involved. The Plaintiff was a whistleblower against Mid- American Steel and wire for spraying sewage onto the ground along with other toxic chemicals. Also for sexual harassment. The Plaintiff was fired for accusing Lori Allen for company theft on June 26 2014 However, hours later Lori Allen the HR director was arrested for exactly what the plaintiff stated. He the Plaintiff was a whistleblower against Big Tex trailers/ CM truck beds the largest trailer manufacturer in the nation for exposing its employees to carcinogenic materials without required PPE or their knowledge. The Plaintiff discovered corruption with regard to Oklahoma Farm Bureau's fraud where they were lying to all effected parties involved in an automobile accident to drag out settlement. The Plaintiff was also attempting to expose assistant police chief Scott Brown for dealing narcotics to his wife Stephanie Ann Conner and the Brown abusing his position and other improprieties. Undersheriff Ed Kent stated he had knowledge of the drug dealing to the plaintiff's wife by Scott Brown. Ed Kent also when asked about the Covert Organized stalking or aka Gang stalking Ed Kent stated Kingston PD does that crap and none of his deputies better be involved. They were. He retired according to the witness that Cryer tried to persuade not to testify. These individuals, agencies verified by OBN agents interfered in the Plaintiffs spousal relationship and his personal relationships with friends. They falsified charges including one that was dismissed under protest from the Plaintiff.

**Exhibit 2**

They the defendants refused to investigate death threats and once refused to investigate shots being fired at the Plaintiff and his home. Three calls to the sheriff and one to the highway patrol and nobody showed up. Judge Jack Wallace Coppedge violated the Plaintiffs constitutional rights to due process by holding an illegal hearing and acting as an individual and attorney not a judge. Judge Gregory Johnson also violated the Plaintiffs Constitutional rights. Coppedge even put his name on the Plaintiffs legal paperwork that had been submitted to the state years before Coppedge becoming an attorney. The Court Clerk Wanda Pearce claimed it was an error. Hilarious excuse! The entities listed by refusing to investigate and by direct participation violated the Plaintiffs Constitutional, Civil and Human rights with criminal malice. This is just the tip of the iceberg so to speak! The Plaintiff knows that it's not the entire agencies corrupt, but it is corrupt individuals within them that are abusing their power and are responsible for a great cruelty to humanity. When a person reports crimes such as this and that person is threatened with prosecution for it there's a problem. It is for the violations regarding the above crimes- 18 USC 241, 18 USC 371, 18 USC 113c, 18 USC 1117, 18 USC 1961, 42 USC 14141, OK tit 21- 642, OK tit 21- 652 not to exclude other crimes not listed. The Plaintiff seeks settlement for damages for violations of Plaintiff's Constitutional, Civil and Human rights and for physical, psychological and emotional distress, abuse and torture in the amount of $24,000,000.00 U.S. dollars.

Charles M Conner III 405-885-0606

3749 Trellis Ct. Oklahoma City, OK 73107

**Exhibit 2**

VERIFICATION

STATE OF OKLAHOMA )
) ss.
COUNTY OF OKLAHOMA )

I, *Charles M Connell*, of lawful age and being first duly sworn upon oath, states: I am the Petitioner above named. I have read the foregoing instrument and state that all statements contained therein are true and correct.

_____
Petitioner

Subscribed and sworn to before me on *Dec 21, 2018* (date), by *Charles M Connell*, Petitioner above named.

[Notary Seal: VENITA L. HOOVER, NOTARY, #02013450, EXP. 08/11/22, PUBLIC, STATE OF OKLAHOMA]

_____
Notary Public

My Commission Expires: _____
Commission number: _____

**Exhibit 2**